United State District Court
District of Rhode Island
One Exchange Terrace
Providence, R.I. 02903

CA 17 - 113 M

Complaint

March 23 - 2017

Supreme Court order 6 day of March 2017
The petition for writ of certiovari is denied.
Lack of Justification of Court Judgment.
I understand that the Supreme Court supports
a criminal offense. Every Judge who protection
criminal offense requires Federal Prosecutor.
According legal fact all previous decision
is wrong. I appeal to this Court to
restore the rule of law and Justice in my case
as well in this state. For violation of my
right and associate legal trouble with the
physical and mental I ask satisfied making
in the amunt $150.000 from Cumberland Police
Department.
Attach copies Memorandum of Law 9/6/16
Attach copies Writ of Certiovari 2/3/17
Attach copies Order 3/6/17

Pro-Se Wojciech Rusek
P.O. Box 2879
Pawtucket, RI 02861

**Supreme Court**

No. 17-55-M.P.

Wojciech Rusek                    :

v.                                        :

Rhode Island Traffic Tribunal        :

## O R D E R

The petitioner's motion to proceed *in forma pauperis* is granted.  The petition for writ of certiorari is denied.

Justice Goldberg did not participate.

Entered as an Order of this Court this   6th day of *March 2017.*

By Order,

_____
Clerk

RECEIVED
DISTRICT COURT

16 SEP -7 AM 2:29

File # ADMINISTRATIVE
OFFICE

District Court
1 Dorrance Plaza
Providence, R.I. 02903

Memorandum of Law
September, 6 - 2016

Case number 15403500750 R.I. Traffic Tribunal is illegally before a Judge. Illegal processing this case is a criminal offense. All Judge R.I.T.T. Cost the Constitution right to be a Judge. Prosecutor must take action.

Mr Devek Silva worker Cumberland Police Department using the Governments clothes and car to stop illegal actions requires the Prosecutor. R.I. state is partial to USA and not private police farm. I have not committed any traffic offense. R.I. inspection sticker is unnecessary because every U.S car has a Federal certificat, this theft in broad daylight. R.I. State law inconsistent with Federal law and U.S Constitution is invalid. Prosecutor must take action. Illegally blocking my car registration is criminal offense. Two crime director dmv and mayor Pawtucket requires Prosecutor. Every illegal violation of my Constitution law is a crime and requires Prosecutor action. Neglect of duties by the public Prosecutor is a criminal offense. For violation of my right and associated legal trouble with the physical and mental I ask satisfied marking in the amount 100 K from Cumberland Police Department. We are all equal before the law regardless as work performed. We have the same Constitution and 21 century civilization.

Pro-se Wojciech Rusek

Supreme Court                  A.A.No.2016-086
250 Benefit St.                C.A.No. T15-045
Providence, R.I.               No. 15-403-00750

Writ of Certiovari

February 3-2017.

District Court Order 17 day of
January 2017 is Assassination U.S. Constitution,
Attack U.S. Justice, Continue Protection
Criminal offense. My Memorandum of
Law September 6-2016 is Clear, every
state law must be Consistent Federal
Law and U.S. Constitution.
Next Legal fact Past and present Lawmaker-
Vote, Attorney General - Neglect of duties,
Govenor - signature requires federal
Prosecutor. Every decision must be
support legal fact not similar case.
Chief Judge Jeanne E. LaFazia ignore
the Legal fact and use similar case
break the law make wrong decision.
I request respect U.S. Constitution
and Federal Law.

                    Pro-Se Wojciech Rusek.

definition criminal is clear

I hereby certify on the 3 day of February 2017.
          Cumberland Police Department.